■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARMINE PICCIANO, Appellant. [797 NYS2d 309]—Appeal by the defendant from two judgments of the County Court, Westchester County (Zambelli, J.), both rendered November 27, 2001, convicting him of offering a false instrument for filing under superior court information No. 01-00484, and criminal possession of a forged instrument under superior court information No. 01-01006, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Prudenti, P.J., Schmidt, Santucci, Luciano and Spolzino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO VILLIOCOTA, Appellant. [797 NYS2d 308]—Appeals by the defendant from three judgments of the County Court, Rockland County (Resnik, J.), all rendered October 9, 2003, convicting him of attempted robbery in the first degree under indictment No. 02-00058, bail jumping in the second degree under indictment No. 02-00410, and criminal possession of a forged instrument in the second degree under indictment No. 03-00317, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

As part of his plea agreement, the defendant effectively waived appellate review of the issue he now raises (*see People v Callahan,* 80 NY2d 273 [1992]; *People v Seaberg,* 74 NY2d 1 [1989]). H. Miller, J.P., S. Miller, Goldstein, Mastro and Lifson, JJ., concur.